AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

V.

Kenneth E. Bobin

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1836-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 26, 2004 in Worcester county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally embezzle and steal mail and a thing contained therein, defendant being at the time of said embezzlement and theft a Postal Service employee

in violation of Title 18 United States Code, Section(s) 1709.

I further state that I am a(n) Special Agent and that this complaint is based on the following
Official Title
facts:

See Affidavit of John J. Horgan, Special Agent, Office of the Inspector General for the United States Postal Service

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

12-10-04 at Worcester, Massachusetts
Date                                    City and State

U.S. Magistrate Judge Charles B. Swartwood, III      _____
Name & Title of Judicial Officer                     Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.