# FINANCIAL AFFIDAVIT
## FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

☐ DISTRICT   ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN UNITED STATES: **U.S.**
FOR: **Mass.**
AT: **Worcester**

Person Represented (Show your full name): **Kenneth Bobin**

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor

**18 U.S.C. § 1709**

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

LOCATION NUMBER: [illegible handwriting]

DOCKET NUMBERS
Magistrate: **04-1836**
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment **11/04**
How much did you earn per month $ **3,800**
If married is your Spouse employed? ☐ Yes ☐ No **N/A**
IF YES, how much does your Spouse earn per month $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   RECEIVED $ _____   SOURCES: Ø

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No   IF YES, state total amount $ **2,360**

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE $ **8,000** — DESCRIPTION: **1999 Honda Accord ($3,000 equity)**
VALUE $ **79,000** — **TSP IRA Account**

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: **0**
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Rent & Utilities | $ | $ 300 |
| Credit Card | $ | $ 200 |
| | $ | $ |
| | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): **Kenneth E. Bobin**

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.