```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,
      Plaintiff,
v.
                            MJ 04-1836-CBS

KENNETH E. BOBIN,
      Defendant,

<u>ORDER</u> <u>OF</u> <u>APPOINTMENT</u> <u>OF</u> <u>COUNSEL</u>

December 13, 2004

SWARTWOOD, M.J.

    It is hereby ORDERED that Timothy Watkins of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                          CHARLES B. SWARTWOOD, III
                                          MAGISTRATE JUDGE

                                          By the Court:

                                          <u>/s/ Lisa B. Roland</u>
                                          Lisa B. Roland
                                          Deputy Clerk