AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Kenneth E. Bobin

**WARRANT FOR ARREST**

CASE NUMBER: 04-1836-CBS

COPY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Kenneth E. Bobin
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a Postal Service employee, did knowingly and intentionally embezzle and steal mail and a thing contained therein

in violation of
Title _____ 18 _____ United States Code, Section(s) 1709 _____

Charles B. Swartwood, III
Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

12/10/04 Worcester, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 595 Main St, Federal Court House, Worcester, MA |

| DATE RECEIVED 12-10-2004 | NAME AND TITLE OF ARRESTING OFFICER Special Agent John J. Horgan | SIGNATURE OF ARRESTING OFFICER S.A. John J. Horgan |
|---|---|---|
| DATE OF ARREST 12-13-2004 | | |

This form was electronically produced by Elite Federal Forms, Inc.

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  KENNETH E. BOBIN

ALIAS:

LAST KNOWN RESIDENCE:  2 1/2 SVEA STREET, WORCESTER, MA  01607

LAST KNOWN EMPLOYMENT:  CLERK @ U.S. POSTAL SERVICE, AUBURN, MA

PLACE OF BIRTH:  WORCESTER, MA

DATE OF BIRTH (4 digit year):  02-14-1957

SOCIAL SECURITY NUMBER (last 4 digits only):  2511

HEIGHT: 6'5"                                                           WEIGHT: 260

SEX:    MALE                                                           RACE:    WHITE

HAIR:   GREY                                                           EYES:    BLUE

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:  SPECIAL AGENT JOHN J. HORGAN

UNITED STATES POSTAL SERVICE,  OFFICE OF THE INSPECTOR GENERAL

444 WASHINGTON ST., STE. 201, WOBURN, MA 01801

TELEPHONE NO. (866) 644-9145

Cell  (617) 778-8470