UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) Case No. 04-1836-CBS
v. )
)
KENNETH E. BOBIN, )
)
Defendant )

## JOINT MOTION FOR FURTHER CONTINUANCE OF PROBABLE CAUSE HEARING

The Defendant, by Timothy G. Watkins, Esq., and the United States of America, by David Hennessy, Assistant U.S. Attorney, jointly move the Court for an Order continuing the probable cause hearing in the above-captioned matter from December 30, 2004 to January 26, 2005, or a date thereafter. This is the parties' first application to continue the probable cause hearing.

As grounds, the parties represent that additional time is required to pursue a resolution, pursuant to Fed. R. Crim. P. 11, without indictment.

MICHAEL J. SULLIVAN                    KENNETH E. BOBIN
United States Attorney                  Defendant

By: /s/ David Hennessy                  By: /s/ Timothy G. Watkins, Esq.
    David Hennessy                          Timothy G. Watkins, Esq.
    Assistant U.S. Attorney                 Counsel for Defendant

ss., Worcester

## CERTIFICATE OF SERVICE

I, David Hennessy, Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served upon the below-named counsel on this the 22d day of December, 2004.

/s/ David Hennessy
David Hennessy
Assistant U.S. Attorney

Timothy G. Watkins, Esq.