UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )    CRIMINAL NO. 4:05CR 40004-FDS
         v.              )
                         )    Violation:
KENNETH E. BOBIN,        )
                         )    18 U.S.C. § 1709 -
         Defendant.      )    (Theft of Mail Matter)


INDICTMENT

**COUNT ONE:**     (18 U.S.C. § 1709)- **Theft of Mail Matter)**

The Grand Jury charges that:

On or about and between November 22, 2004 and November 27, 2004, both dates being approximate and inclusive, at Auburn, in the District of Massachusetts,

**KENNETH E. BOBIN,**

defendant herein, being a Postal Service employee, did embezzle a brown manila envelope with first class postage, addressed to Mr. Michael Denton at P.O. Box 589, Auburn, MA., 01501-0589, and articles and things contained therein, entrusted to him and which came into his possession intended to be conveyed by mail and delivered by persons employed by the Postal Service.

All in violation of Title 18, United States Code, Section 1709.

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
David Hennessy
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                    February 2, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

2:08p

§JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Auburn, MA    **Category No.** II    **Investigating Agency** USPS/OIG

**City** Auburn    **Related Case Information:**

**County** Worcester

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number    04-1836-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Kenneth E. Bobin    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   2 ½ Svea Street, Worcester

Birth date (Year only): ____  SSN (last 4 #): 2511  Sex m  Race: white  Nationality: U.S.

**Defense Counsel if known:** Timothy G. Watkins    **Address:** Office of Federal Defender
                                                                        408 Atlantic Avenue, Boston
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David Hennessy    **Bar Number if applicable** _____

**Interpreter:**  ☐ Yes  ☒ No    List language and/or dialect: _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** 12/13/04

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  U.S. Mag. Judg Swartwood  on  12/13//04

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** February 2, 2005    **Signature of AUSA:** /s/ David Hennessy

≋JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 1709 | Theft of Mail by Postal Employee | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**