UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40004-FDS |
| | ) | |
| KENNETH E. BOBIN | ) | |

<u>JOINT MOTION FOR A RULE 11 HEARING</u>

Defendant, Kenneth Bobin, and the government, by and through their respective attorneys, respectfully move that this Court schedule a Rule 11 Hearing at the Court's earliest convenience. As reasons therefore, the parties state that the Magistrate Judge previously set April 11, 2005 as the Final Status Conference date, excluded time up to and including that date. The defendant has indicated his desire to plead guilty expeditiously. No plea agreement is anticipated. The parties therefore request that the Final Status Conference be cancelled and that the case be returned to the district court for the scheduling of a Rule 11 hearing.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN | Tel: 508-368-0100 |
| UNITED STATES ATTORNEY | KENNETH E. BOBIN |
| | By His Attorney, |
| | |
| /s/ Timothy Watkins o/b/o | |
| David H. Hennessy | /s/ Timothy Watkins |
| Assistant United States | Timothy G. Watkins |
| Attorney | Federal Defender Office |
| 595 Main St. | 408 Atlantic Ave. 3rd Floor |
| Worcester, MA 01608 | Boston, MA 02110 |
| | Tel: 617-223-8061 |