UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
         v.                         )   CRIMINAL ACTION
                                    )   NO. 05-40004-FDS
KENNETH E. BOBIN,                   )
         Defendant,                 )
_____)


FINAL STATUS REPORT
April 20, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. Rule 11 Hearing

Counsel for the parties have requested that this case be returned to Judge Saylor for a Rule 11 hearing. No plea agreement is anticipated. I have granted the parties request.

2. Excludable Time

I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through April 11, 2005. Therefore, assuming no further order of excludable time under the

plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, June 20, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE