UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                        )     CRIMINAL NO. 05-40004-FDS<br>)<br>KENNETH BOBIN                  ) | |

ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING

Defendant, Kenneth Bobin, respectfully moves that the Court briefly continue the Rule 11 Hearing in this matter, now scheduled for May 24, 2005, to a date convenient to the Court but no earlier than June 6, 2004.  As reasons for this request, the defendant states the following:

1. Defendant has indicted his desire to plead guilty to the one count of the indictment.  This Court has scheduled a Rule 11 hearing for May 24, 2005.

2. Defense counsel was recently notified that he is to appear that same afternoon before Judge Woodlock in Boston in United States v. Ronald Desimone, No. 96-010032-DPW, in connection with a supervised release revocation matter.  The defendant in Desimone has been held in custody pending the hearing.  Efforts to reschedule that matter for a different time or close date were unsuccessful due to Judge Woodlock's trial schedule.

3. The defendant remains on personal recognizance after appearing before Chief Magistrate Judge Swartwood pursuant to a summons.  Pretrial Services has not reported any violations of defendant's release conditions.  The parties anticipate a joint recommendation of probation at sentencing.

4. The government assents to this motion.

5. Counsel for the government is currently on trial before this Court for at least the remainder of this week.  Counsel for defendant is on leave May 27, 2005 and is scheduled to attend a conference out of state the next week.

6.  The parties agree that the period of time commencing with the filing of this motion and concluding on the date of the defendant's guilty plea is excludable under the Speedy Trial Act.

WHEREFORE, the defendant respectfully requests that this Court continue his Rule 11 hearing to June 6, 2005 or a date as soon thereafter as is convenient to the Court.

        KENNETH BOBIN
        By His Attorney,


        /s/ Timothy G. Watkins
        Timothy G. Watkins
        B.B.O. #567992
        Federal Defender Office
        408 Atlantic Ave., Third Floor
        Boston, MA  02110
        Tel: 617-223-8061