UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40004-FDS |
| | ) | |
| KENNETH BOBIN | ) | |

ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING

Defendant, Kenneth Bobin, respectfully moves that the Court continue the Rule 11 Hearing in this matter, now scheduled for June 28, 2005, to August 3, 2005 or another date convenient to the Court. As reasons for this request, the defendant states the following:

1. Defendant has indicted his desire to plead guilty to the one count of the indictment which alleges theft of mail. This Court has scheduled a Rule 11 hearing for June 28, 2005.

2. Although the parties anticipated (and continue to anticipate) a joint recommendation of probation at sentencing, the parties have not entered into a plea agreement.

3. The parties have recently learned that the possibility of an alternative resolution may exist. Defendant requests a continuance to explore this possibility. The parties believe that a six-week continuance will afford the parties the opportunity to consider an alternative resolution.

4. The defendant remains on personal recognizance after appearing before Chief Magistrate Judge Swartwood pursuant to a summons. Pretrial Services has not reported any violations of defendant's release conditions.

5. The government assents to this motion.

6. The parties agree that the period of time commencing with the filing of this motion and concluding on the date of the defendant's guilty plea is excludable under the Speedy Trial Act.

WHEREFORE, the defendant respectfully requests that this Court continue his Rule 11 hearing to August 3, 2005 or a date as soon thereafter as is convenient to the Court.

KENNETH BOBIN
By His Attorney,


 /s/ Timothy G. Watkins
Timothy G. Watkins
  B.B.O. #567992
Federal Defender Office
408 Atlantic Ave., Third Floor
Boston, MA  02110
Tel: 617-223-8061